### RIDGEWAY v. STATE.
### No. 23401.

Court of Criminal Appeals of Texas.
June 19, 1946.

Graham Bruce and Raymond Stark, both of Orange, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for rape, punishment assessed at confinement in the penitentiary for life.

The indictment alleges the present offense of rape, and further avers that appellant had theretofore been convicted of a similar offense.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.